NO. 07-11-0312-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

OCTOBER 4, 2011
_____

In the Interest of L.S.M., a Child
_____

FROM THE 320th DISTRICT COURT OF POTTER COUNTY;

NO. 76,276-D; HON. DON EMERSON, PRESIDING
_____

*MEMORANDUM OPINION*
_____

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Amber Ann Hunter perfected this appeal on July 29, 2011. The appellate record was due on or about September 6, 2011. The district clerk filed a motion to extend the time to file the record on September 6, 2011, because appellant apparently failed to pay or make arrangements to pay for it, as required by Texas Rule of Appellate Procedure 35.3(a)(2). By letter dated September 6, 2011, we ordered appellant to certify to this court, by September 16, 2011, that she had complied with rule of procedure 35.3(a)(2). So too was she informed that failure to meet that deadline would result in the dismissal of her appeal. Appellant responded with a letter on September 19, 2011, stating she "made arrangments [sic] to pay for my record to be prepared on September 21, 2011." The district clerk and court reporter have both provided this court with documentation that

no arrangements have been made for preparation of this record as of this date.[1]  Nor have we received any request to postpone the dismissal date.  Consequently, we dismiss the appeal for want of prosecution for failure to comply with our September 6th order.


Per Curiam

---

[1] Appellant has fifteen days from the date of this opinion to file a motion for rehearing if she can show she has complied with Texas Rule of Appellate Procedure 35.3(a)(2).